BEFORE THE THIRD DIVISION, MAY 18, 1956

**No. 59925.**—Frank P. Dow Co., Inc. *v.* United States, petition 7140–R (Los Angeles).

Opinion by EKWALL, J. From the testimony, it appeared that there was a difference of opinion between the importer and the customs officials as to the proper dutiable value of the merchandise, and a test case was brought in order to arrive at the proper value. At the conclusion of the testimony, Government counsel read into the record statements from the special agent's report, indicating that there was no intention to defraud the revenue or to conceal or misrepresent the facts or to deceive the appraiser as to the value of the merchandise. On the record presented, the petition was granted.